JANUARY 30, 1962

No. 66435.—SUIT 5041.—Dominick Butti *v*. United States.—
—A.R.D. 119 affirmed July 14, 1961. C.A.D. 778.